# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Kellogg Brown & Root Services, Inc. ) | ASBCA No. 58492 |
| ) | |
| Under Contract No. DAAA09-02-D-0007 ) | |

APPEARANCES FOR THE APPELLANT:           Scott M. Heimberg, Esq.
                                         Thomas P. McLish, Esq.
                                           Akin Gump Strauss Hauer & Feld LLP
                                           Washington, DC

                                         Tirzah Lollar, Esq.
                                           Vinson & Elkins LLP
                                           Washington, DC

APPEARANCES FOR THE GOVERNMENT:          Raymond M. Saunders, Esq.
                                           Army Chief Trial Attorney
                                         Evan C. Williams, Esq.
                                           Trial Attorney

## ORDER OF DISMISSAL

Appellant has moved to dismiss this appeal, asserting that "[t]he parties have settled this matter." Respondent has stated it "does not object to this request." Accordingly, this appeal is hereby dismissed with prejudice.

Dated: 18 September 2017

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58492, Appeal of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals